UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **13M171**
2) Defendant's Name: Chowdry (Last) Mohammed (First) ___ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: 2/26/13
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: 3/12/13 @ 11:00 ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Sam Nitze
14) DEFENSE COUNSEL'S NAME: Joshua Dratel
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ✓ RET: ✓
    Telephone Number: ( )
15) LOG #: ( 2:42 - 2:53 )   MAG. JUDGE: Joan M. Azrack
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF _____, 20___

UNITED STATES MAGISTRATE JUDGE